Ian Ledlin
Phillabaum, Ledlin, Matthews
 & Sheldon, PLLC
421 W. Riverside Avenue, Suite 900
Spokane, WA 99201
(509) 838-6055

Hon. Patricia C. Williams

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>LAING, CLEDA T.<br><br>Debtor. | No. 04-03430-W13<br><br>FINDING OF FACT AND CONCLUSIONS OF LAW RE: APPLICATION TO EMPLOY SHERYL S. PHILLABAUM AS LAWYER FOR CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF CLEDA T. LAING, DECEASED |
|---|---|

THIS MATTER having come before the Court on the Application to employ Sheryl S. Phillabaum ("Proposed Appointee"), Docket # 71, as lawyer for the co-personal representatives of the estate of Cleda T. Laing, deceased, the Chapter 13 Trustee having objected to that Application, the Court makes the following FINDING OF FACT:

The services proposed to be rendered by Proposed Appointee and any other professional assisting in the probate of the debtor's estate relate only to a state court proceeding independent of the above-entitled bankruptcy case.

//

//

FINDING AND CONCLUSIONS RE: APPLICATION
TO EMPLOY SHERYL S. PHILLABAUM - 1

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 WEST RIVERSIDE, SUITE 900
SPOKANE, WASHINGTON 99201-0413
TELEPHONE (509) 838-6055

04-03430-PCW13   Doc 96   Filed 09/05/06   Entered 09/05/06 13:55:13   Pg 1 of 2

Based upon the foregoing Finding of Fact, the Court makes the following CONCLUSIONS OF LAW:

1. Any approval needed by Proposed Appointee and any other professional assisting in the probate of the debtor's estate should be sought from the appropriate state court.

2. Any compensation sought by Proposed Appointee and any other professional assisting in the probate of the debtor's estate in connection with such services should be approved by the appropriate state court and paid solely out of the assets of the probate estate.

3. The Application should be denied.

Presented by:

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC

_____
IAN LEDLIN
Lawyer for Debtor

OFFICE OF CHAPTER 13 TRUSTEE

_____
DANIEL H. BRUNNER
Trustee

F:\Users\IL\Laing\Cleda\Employ SSP-Finding.wpd

FINDING AND CONCLUSIONS RE: APPLICATION
TO EMPLOY SHERYL S. PHILLABAUM - 2

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 WEST RIVERSIDE, SUITE 900
SPOKANE, WASHINGTON 99201-0413
TELEPHONE (509) 838-6055

04-03430-PCW13    Doc 96    Filed 09/05/06    Entered 09/05/06 13:55:13    Pg 2 of 2